UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAS SUPPLY, INC., <br><br> Plaintiff(s), <br> v. <br><br> RADIANT CUSTOMS SERVICES INC et al., <br><br> Defendant(s). | CASE NO. 2:21-cv-01015-TL <br><br> ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT |

This matter is before the Court on Plaintiff JAS Supply, Inc.'s, unopposed Motion for Leave to File Second Amended Complaint. Dkt. No. 58. Having considered the relevant record and finding good cause shown, the Court hereby GRANTS Plaintiff's request for leave to file its proposed Second Amended Complaint. Plaintiff shall file the amended complaint within **seven (7) days** of the date of this order, by **no later than August 2, 2022**.

Dated this 26th day of July 2022.

Tana Lin
United States District Judge

ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT - 2