THE HONORABLE TANA LIN

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAS SUPPLY, INC., a Florida corporation, | Case No. 2:21-cv-01015- TL |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO FILE OPPOSITION AND REPLY TO PLAINTIFF'S PENDING MOTION FOR SUMMARY JUDGMENT |
| v. | |
| RADIANT CUSTOMS SERVICES, INC., a New York corporation, RADIANT GLOBAL LOGISTICS, INC., a Washington corporation, | |
| Defendants. | NOTE ON MOTION CALENDAR: DECEMBER 19, 2022 |

THIS MATTER came before the Court on a Stipulated Motion to Extend Deadlines to File Opposition and Reply to Plaintiff's Pending Motion for Summary Judgment.

NOW THEREFORE, IT IS HERBY ORDERED that the following briefing schedule is hereby GRANTED.

- **January 9, 2023** – Defendants' Opposition Brief Due
- **January 13, 2023** – Plaintiff's Reply Brief Due

/ / / /

/ / / /

/ / / /

/ / / /

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND BRIEFING DEADLINES RE
SUMMARYJUDGMENT: CASE NO. 2:21-CV-01015-TL -
PDX\138158\266109\JPD\35465142.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

1  Dated this 22nd day of December, 2022.

2

3

4

5  _____
   Tana Lin
6  United States District Judge

7  Presented By:

8  SCHWABE, WILLIAMSON & WYATT, P.C.

9

10 By: s/ Joshua Dennis
   _____
   Aukjen Ingraham, WSBA #45834
11 Email: aingraham@schwabe.com
   Joshua Dennis, WSBA #49095
12 Email: jdennis@schwabe.com
   1211 SW 5th Ave., Suite 1900
13 Portland, OR 97204
   (503) 222-9981
14 *Attorneys for Radiant Customs Services, Inc. and*
   *Radiant Global Logistics, Inc.*

15

16 *Approved as to form:*

17 GORDON REES SCULLY MANSUKHANI

18

19 By: s/ Meredith Thielbahr
   _____
   Meredith Thielbahr, WSBA #41746
20 Nicole Lentini, WSBA #
   701 Fifth Avenue, Suite 2100
21 Seattle, WA 98104
   (206) 695-5109
22 Email: mthielbahr@grsm.com
   Email: nlentini@grsm.com
23 *Attorneys for JAS Supply, Inc.*

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND BRIEFING DEADLINES RE
SUMMARYJUDGMENT: CASE NO. 2:21-CV-01015-TL -

PDX\138158\266109\JPD\35465142.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned declares under penalty of perjury, under the laws of the State of Washington, that the following is true and correct:

That on December 22, 2022, I arranged for service of the foregoing [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINES TO FILE OPPOSITION AND REPLY TO PLAINTIFF'S PENDING MOTION FOR SUMMARY JUDGMENT to the parties to this action by the Court's ECF system:

Meredith Thielbahr
Nicole Lentini
Gordon Rees Scully Mansukhani
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
206-695-5109
mthielbahr@grsm.com
nlentini@grsm.com
cc:  ckaiser@grsm.com


s/ Joshua Dennis
Joshua Dennis, WSBA #49095

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

PDX\138158\266109\JPD\35465142.1