THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAS SUPPLY, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>RADIANT CUSTOMS SERVICES, INC., a New York corporation, RADIANT GLOBAL LOGISTICS, INC., a Washington corporation,<br><br>Defendants. | Case No. 2:21-cv-01015- TL<br><br>[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON CPA CLAIM<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 21, 2022** |

THIS MATTER came before the Court on Defendants' Unopposed Motion to Extend Defendants' Deadline to File its Reply to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment on CPA Claim.

NOW THEREFORE, IT IS HERBY ORDERED that the deadline for Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment on CPA Claim is extended to **January 6, 2023.**

/ / / /

/ / / /

/ / / /

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY: CASE NO. 2:21-CV-01015-TL - 1

PDX\138158\266109\JPD\35485056.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206-622-1711

Dated this 22nd day of December, 2022.

_____
Tana Lin
United States District Judge

Presented By:

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Joshua Dennis
    Aukjen Ingraham, WSBA #45834
    Email: aingraham@schwabe.com
    Joshua Dennis, WSBA #49095
    Email: jdennis@schwabe.com
    1211 SW 5th Ave., Suite 1900
    Portland, OR 97204
    (503) 222-9981
    *Attorneys for Radiant Customs Services, Inc. and Radiant Global Logistics, Inc.*

.

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY: CASE NO. 2:21-CV-01015-TL - 2

PDX\138158\266109\JPD\35485056.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

**CERTIFICATE OF SERVICE**

The undersigned declares under penalty of perjury, under the laws of the State of Washington, that the following is true and correct:

That on December 22, 2022, I arranged for service of the foregoing [PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON CPA CLAIM to the parties to this action by the Court's ECF system:

Meredith Thielbahr
Nicole Lentini
Gordon Rees Scully Mansukhani
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
206-695-5109
mthielbahr@grsm.com
nlentini@grsm.com
cc:  ckaiser@grsm.com

s/ Joshua Dennis
Joshua Dennis, WSBA #49095

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

PDX\138158\266109\JPD\35485056.1