HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAS SUPPLY, INC., a Florida corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>RADIANT CUSTOMS SERVICES, INC., a New York corporation, RADIANT GLOBAL LOGISTICS, INC., a Washington corporation,<br><br>            Defendants. | NO. 2:21-cv-01015-TL<br><br>**STIPULATED NOTICE TO THE COURT TO EXTEND THE DEADLINE TO FILE RESPONSES AND REPLIES TO MOTIONS CHALLENGING EXPERT TESTIMONY**<br><br>[~~PROPOSED~~ ORDER] |

COMES NOW the Parties, Plaintiff JAS Supply, Inc. ("JAS Supply") and Defendants Radiant Customs Services, Inc. ("Radiant Customs") and Radiant Global Logistics, Inc. ("Radiant Global"), and DO HEREBY STIPULATE that they have met and conferred, and Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following deadlines: Deadline for Filing Response to Motions Challenging Expert Witness Testimony from January 23, 2023 to February 6, 2023 and Deadline for Filing Replies in Support to Motions Challenging Expert Witness Testimony to from January 27, 2023 to February 10, 2023. The Parties request the Clerk to reset this deadline as noticed.

STIPULATED NOTICE TO THE COURT TO EXTEND THE DEADLINES TO FILE RESPONSES AND REPLIES TO MOTIONS CHALLENGING EXPERT TESTIMONY - 1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

The Parties are actively moving this case forward. Discovery has concluded. Mediation has concluded. This Stipulation is made to allow the Parties sufficient time to meet and confer regarding their respective Motions to Exclude and/or Limit in an effort to reach agreement(s) regarding the same.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 20, 2023

| **GORDON REES SCULLY MANSUKHANI, LLP** | **SCHWABE WILLIAMSON & WYATT, P.C.** |
|---|---|
| *s/ Meredith L. Thielbahr* <br> Meredith L. Thielbahr, WSBA No. 41746 <br> *Attorneys for Plaintiff* | *s/ Aukjen Ingraham* <br> Aukjen Ingraham, WSBA No. 45834 <br> Joshua Dennis, WSBA No. 49095 <br> *Attorneys for Defendants* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 23, 2023

Tana Lin
United States District Judge

STIPULATED NOTICE TO THE COURT TO EXTEND THE DEADLINES TO FILE RESPONSES AND REPLIES TO MOTIONS CHALLENGING EXPERT TESTIMONY - 2

GORDON REES SCULLY MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822