UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAS SUPPLY, INC.,<br><br>                Plaintiff,<br>   v.<br><br>RADIANT CUSTOMS SERVICES, INC., et al.,<br><br>                Defendants. | CASE NO. 2:21-cv-01015-TL<br><br>ORDER STRIKING TRIAL DATE AND REMAINING PRETRIAL DEADLINES |

This matter is before the Court on Plaintiff JAS Supply, Inc.'s Unopposed Motion to Continue Trial and Reset all Pre-trial Dates. Dkt. No. 116. Finding good cause shown, the Court STRIKES the trial date and all remaining pretrial deadlines pending resolution of the Parties' summary judgment motions. The Court further ORDERS that the Parties shall file a joint status report within **fourteen (14) days** of the date of the Court's order on the Parties' summary judgment motions addressing the following:

    (1)    each Parties' position regarding the likelihood of settlement;

    (2)    the Parties' anticipated alternative dispute resolution timeline;

ORDER STRIKING TRIAL DATE AND REMAINING PRETRIAL DEADLINES - 1

(3)  the Parties' proposed amended case management and trial schedule; and

(4)  the dates on which trial counsel may have conflicts or other complications through the end of 2024 to be considered in resetting a trial date.

Dated this 11th day of October 2023.

Tana Lin
United States District Judge

ORDER STRIKING TRIAL DATE AND REMAINING PRETRIAL DEADLINES - 2