UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAS SUPPLY, INC., <br><br>               Plaintiff, <br><br>     v. <br><br> RADIANT CUSTOMS SERVICES, INC., et al., <br><br>               Defendants. | CASE NO. 2:21-cv-01015-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Pursuant to LCR 7(h)(3), the Court DIRECTS Defendants to file a response to Plaintiffs' Motion for Reconsideration (Dkt. No. 120).

(2) Defendants' response brief shall not exceed **2,100 words** and shall be filed no later than **Monday, December 11, 2023**, for the Court's consideration. No reply briefing is authorized.

(3) The noting date for Plaintiff's Motion for Reconsideration shall be reset to December 11, 2023.

Dated this 5th day of December 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2